IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                              No. CR 25-0549 KG

RUBEN JOSE TRUJILLO,

    Defendant.

## SCHEDULING ORDER

The Court, having granted the motion by the United States and the defendant to declare this case complex; having discussed the positions of the parties at the May 22, 2025, scheduling conference; and having considered the parties' resulting proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. **August 13, 2025:** Fed. R. Crim. P. 12 substantive motions;

2. **August 29, 2025:** Reponses to Fed. R. Crim. P. 12 substantive motions; Reciprocal discovery by the defendant (except for the defendant's continuing duty to disclose); Government's expert witness summaries, notices and reports; Fed. R. Crim. P. 7(f) motions;

3. **September 17, 2025:** Responses to Rule 7(f) motions; Defense's expert witness summaries, notices, and reports;

4. **October 1, 2025**: Objections to expert witness notices; *Daubert* motions and motions *in limine*; notices of defenses pursuant to Fed. R.

|   |   |   |
|---|---|---|
|   |   | Crim. P. 12.1 and 12.3; jury instructions and proposed *voir dire*; witness lists and exhibit lists; |
| 5. | **October 15, 2025:** | Status Conference at 1:30 p.m., Federal Courthouse, Las Cruces, New Mexico (Courtroom to be determined); |
| 6. | **October 23, 2025:** | Responses to *Daubert* motions, expert-notice objections, and motions *in limine*; Fed. R. Evid. 404(b) notices; Objections to jury instructions and proposed *voir dire*; |
| 7. | **October 24, 2025:** | Plea agreement deadline; |
| 8. | **November 5, 2025:** | Pretrial Conference at 2:00 p.m. (location to be determined); |
| 9. | **November 12, 2025:** | Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico (Courtroom to be determined). |

The Court further orders that the United States shall continually make available discovery on an ongoing basis and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

/s/ Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.