IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         No. CR 25-0549 KG

RUBEN JOSE TRUJILLO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter is before the Court on Defendant Ruben Jose Trujillo's motion for severance, filed October 25, 2025. Doc. 51. Defendant is charged with, among other crimes, four counts of interference with commerce by robbery, in violation of 18 U.S.C. § 1951. Doc. 8. Defendant asserts that he is "concerned that the jury will not be able to consider each count separately" and "might use evidence admitted in one count as evidence of guilt in another count." Doc. 51. The United States opposes the motion. Doc. 53.

    The Court concludes that the motion lacks merit. Doc. 53. Federal Rule of Criminal Procedure 8(a) "permits a defendant to be charged in a single indictment with multiple offenses when the offenses are sufficiently related," "[b]ut Rule 14(a) provides that a court may order the severance of offenses…properly joined in a single indictment, if the joinder is unfairly prejudicial to either side." *United States v. Bagby*, 696 F.3d 1074, 1086 (10th Cir. 2012). In this case, the Court is persuaded that the four robbery offenses are sufficiently related and that joinder is not unfairly prejudicial. Defendant's motion for severance is therefore DENIED.

    It is so ordered.

                                                         /s/ Kenneth J. Gonzales_____
                                                          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.