IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   CRIMINAL NO. 2:25-CR-0549-KG

RUBEN JOSE TRUJILLO,

      Defendant.

## ORDER COMPELLING DETENTION FACILITY TO ALLOW DEFENDANT TO POSSESS AND USE PERSONAL LAPTOP COMPUTER

THIS MATTER having come before the Court on *Defendant Ruben Jose Trujillo's Unopposed Motion to Authorize Use of Computer* (Doc. 83) and being advised in the premises, finds the motion well-taken.

IT IS THEREFORE ORDERED that the United States Marshals Service and the detention facilities in which Defendant Trujillo is detained by order of the United States District Court for the District of New Mexico permit Defendant Trujillo to possess and use a computer/laptop with appropriate charging cable.  Said computer/laptop will be provided to Defendant Trujillo by defense counsel and may be inspected, in the presence of defense counsel, by the detention facility and the United States Marshals Service prior to delivery to Defendant Trujillo and periodically thereafter, to ensure that no impermissible content is loaded and no impermissible modifications have been made.

The computer/laptop will be password protected and will be locked when not in use by Defendant Trujillo. The defendant is permitted to use the computer/laptop only to review the discovery to which he is permitted access under and pursuant to any regularly disclosed discovery as well as discovery disclosed pursuant to protective or confidentiality orders entered in the case, and

for no other purposes. Defendant Trujillo is not to share any information on the computer/laptop with any other defendants, inmates, correctional officers, or other parties. The password for the computer/laptop shall be set by the defendant and his counsel and shall not be disclosed to counsel for the government, United States Marshals or corrections officers.

The computer/laptop will be updated at regular intervals to upload all discovery materials and to keep the defendant current on the status of information that is provided.

IT IS FURTHER ORDERED that Defendant Trujillo cannot be forced to unlock and display the contents of the computer/laptop to anyone other than defense counsel or persons associated with the defense. Any review by the United States Marshals Service or detention facility personnel must be done in the presence of defense counsel and limited to a review for impermissible modifications as ordered above.

Once provided to Defendant Trujillo, the computer/laptop and all data, in any form contained on the computer/laptop, including any markings thereon, is protected by the attorney-client relationship.

At the conclusion of the case, an electronic copy of the entire contents of the computer/laptop will be made and thereafter, all materials on the computer/laptop shall be deleted.

The provisions of this order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.